UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVELYN D. MAHER, | No. 2:05-cv-0601-MCE-DAD |
| Plaintiff, | |
| v. | **ORDER RE: SETTLEMENT AND DISPOSITION** |
| SACRAMENTO COUNTY; SACRAMENTO COUNTY SHERIFF'S DEPARTMENT DEPUTY GONCALVES; COUNTY SHERIFF'S DEPARTMENT DEPUTY MAPLES; SACRAMENTO COUNTY SHERIFF'S DEPARTMENT DEPUTY FABER; and DOES I through X, | |
| Defendants. _____/ | |

   Pursuant to the representations of the attorney for Defendants, the Court has determined that this case is settled.
   In accordance with the provisions of Local Rule 16-160, dispositional documents are to be filed on or before May 8, 2006.
///
///
///
///
///

1  Failure to comply with this Order may be grounds for the
2  imposition of sanctions on any and all counsel as well as any
3  party or parties who cause non-compliance with this Order.
4  IT IS SO ORDERED.
5 DATED: April 18, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE