PORTER, SCOTT, WEIBERG & DELEHANT
A Professional Corporation
Jennifer E. Duggan, SB#183833
Bart E. Hightower, SB#207189
350 University Avenue, Suite 200
Sacramento, California 95825
(916) 929-1481(telephone)
(916) 927-3706 (facsimile)

Attorneys For Defendants
COUNTY OF SACRAMENTO, SACRAMENTO COUNTY SHERIFF'S DEPARTMENT DEPUTY GONCALVES, COUNTY SHERIFF'S DEPARTMENT DEPUTY MAPLES, SACRAMENTO COUNTY SHERIFF'S DEPARTMENT DEPUTY FABER

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVELYN D. MAHER,<br><br>         Plaintiff,<br><br>vs.<br><br>SACRAMENTO COUNTY; SACRAMENTO COUNTY SHERIFF'S DEPARTMENT DEPUTY GONCALVES; COUNTY SHERIFF'S DEPARTMENT DEPUTY MAPLES; SACRAMENTO COUNTY SHERIFF'S DEPARTMENT DEPUTY FABER; and DOES I through X,<br><br>         Defendants.<br>_____/ | Case No. 2:05-CV-0601-MCE-DAD<br><br>**STIPULATION TO CONTINUE LIMITATION REGARDING FINAL DISPOSITION OF CASE**<br>**[Eastern District Local Rule 16-160]**<br><br><br><br><br><br>Trial Date: 12/13/06 |

Plaintiff, EVELYN D. MAHER and her counsel of record, and Defendants SACRAMENTO COUNTY; SACRAMENTO COUNTY SHERIFF'S DEPARTMENT DEPUTY GONCALVES; COUNTY SHERIFF'S DEPARTMENT DEPUTY MAPLES;SACRAMENTO COUNTY SHERIFF'S DEPARTMENT DEPUTY FABER, and their counsel of record, have resolved this case via mediation. Counsel timely filed a Notice of Settlement. On April 19, 2006, in accordance with Eastern District Local Rule 16-160, the court issued its order requiring final disposition papers to be filed no later than May 8, 2006.

1

The Release and Settlement Agreement has been fully executed and the settlement check is being prepared. The parties anticipate filing final disposition papers on or about June 7, 2006.

In order for the parties to timely file final disposition papers, the parties and their counsel hereby stipulate and agree to extend the current deadline to June 7, 2006.

Respectfully submitted.

DATED: May ___, 2006           PORTER, SCOTT, WEIBERG & DELEHANT
                               A Professional Corporation


                               By _____
                                  Jennifer E. Duggan
                                  Bart E. Hightower
                                  Attorneys for Defendants
                                  COUNTY OF SACRAMENTO, SACRAMENTO COUNTY SHERIFF'S DEPARTMENT DEPUTY GONCALVES, COUNTY SHERIFF'S DEPARTMENT DEPUTY MAPLES, SACRAMENTO COUNTY SHERIFF'S DEPARTMENT DEPUTY FABER


DATED: May ___, 2006           By _____
                                  Stewart Katz
                                  Counsel for Plaintiff
                                  EVELYN D. MAHER

IT IS SO ORDERED.

DATED: May 23, 2006

_____
**MORRISON C. ENGLAND, JR**
**UNITED STATES DISTRICT JUDGE**

2

00432142.WPD