PORTER, SCOTT, WEIBERG & DELEHANT
A Professional Corporation
Jennifer E. Duggan, SB#183833
Bart E. Hightower, SB#207189
350 University Avenue, Suite 200
Sacramento, California 95825
(916) 929-1481(telephone)
(916) 927-3706 (facsimile)

Attorneys For Defendants
COUNTY OF SACRAMENTO, SACRAMENTO COUNTY SHERIFF'S DEPARTMENT DEPUTY GONCALVES, COUNTY SHERIFF'S DEPARTMENT DEPUTY MAPLES, SACRAMENTO COUNTY SHERIFF'S DEPARTMENT DEPUTY FABER

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVELYN D. MAHER, | Case No. 2:05-CV-0601-MCE-DAD |
| Plaintiff, | DISMISSAL WITH PREJUDICE [FRCP, Rule 41]; ORDER |
| vs. | |
| SACRAMENTO COUNTY; SACRAMENTO COUNTY SHERIFF'S DEPARTMENT DEPUTY GONCALVES; COUNTY SHERIFF'S DEPARTMENT DEPUTY MAPLES; SACRAMENTO COUNTY SHERIFF'S DEPARTMENT DEPUTY FABER; and DOES I through X, | |
| Defendants. | |

It is hereby stipulated by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1).

///

///

LAW OFFICES OF
**PORTER, SCOTT, WEIBERG & DELEHANT**
A PROFESSIONAL CORPORATION
350 UNIVERSITY AVE., SUITE 200
P.O. BOX 255428
SACRAMENTO, CA 95865
(916) 929-1481
www.pswdlaw.com

1

| | | |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | Dated: June __, 2006 | By _____ |
| 4 | | Stewart Katz |
| | | Counsel for Plaintiff |
| 5 | | EVELYN D. MAHER |
| 6 | Dated: June __, 2006 | PORTER, SCOTT, WEIBERG & DELEHANT |
| 7 | | A Professional Corporation |
| 8 | | |
| 9 | | By_____ |
| | | Jennifer E. Duggan |
| 10 | | Bart E. Hightower |
| | | Counsel for Defendants |
| 11 | | COUNTY OF SACRAMENTO, SACRAMENTO |
| | | COUNTY SHERIFF'S DEPARTMENT DEPUTY |
| 12 | | GONCALVES, COUNTY SHERIFF'S |
| 13 | | DEPARTMENT DEPUTY MAPLES, |
| | | SACRAMENTO COUNTY SHERIFF'S |
| 14 | | DEPARTMENT DEPUTY FABER |

**IT IS SO ORDERED.**

**DATED: June 8, 2006**

_____
**MORRISON C. ENGLAND, JR**
**UNITED STATES DISTRICT JUDGE**

LAW OFFICES OF
**PORTER, SCOTT,**
**WEIBERG & DELEHANT**
A PROFESSIONAL CORPORATION
350 UNIVERSITY AVE., SUITE 200
P.O. BOX 255428
SACRAMENTO, CA 95865
(916) 929-1481
*www.pswdlaw.com*

2